**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMILEY JAMES HARRIS a/k/a JAMES LaVELL HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>LAKE COUNTY JAIL; et al.,<br><br>Defendants._____/ | No. C 09-3758 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed because the first amended complaint fails to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: April 1, 2010

_____
SUSAN ILLSTON
United States District Judge